# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**1:10-cr-00317-TWT**
**USA v. Negrelli**
**Honorable Thomas W. Thrash, Jr.**

Minute Sheet for proceedings held In Open Court on 03/09/2011.

| | |
|---|---|
| TIME COURT COMMENCED: 9:35 A.M. | COURT REPORTER: Susan Baker |
| TIME COURT CONCLUDED: 12:00 P.M. | USPO: Jeffery Lee |
| TIME IN COURT: 2:10 | DEPUTY CLERK: Sheila Sewell |

| | |
|---|---|
| DEFENDANT(S): | [1]Robert Negrelli Present at proceedings |
| ATTORNEY(S) PRESENT: | Kurt Erskine representing USA |
| | Jerome Froelich representing Robert Negrelli |
| PROCEEDING CATEGORY: | Sentencing Hearing(Sentencing Hearing-Contested); |
| MINUTE TEXT: | The Court adopted as facts those not objected to in pre-sentence report as findings of the Court. The Court heard from counsel regarding objections factual background contained in PSR and overruled. The Court heard from counsel regarding objections to the loss amount. Government called Harry Chavis, EXHIBITS ADMITTED. The Court heard from loss victim Sanford Roth and sustained objections. The Court denied other objections as moot. The Court heard from counsel on defendant's request for a non-guideline sentence and determined that this would be a guideline sentence for the reasons stated. The Court pronounced sentence - Custody of Bureau of Prisons 15 months to be followed by 3 years supervised release, $100.00 Special Assessment. The Court inquired as to Jones Objections. There were none . The Court advised the defendant of his/her right to appeal the sentence within 14 days. The Court will allow Voluntary Surrender by the defendant when designated by the Bureau of Prisons. Defendant is to continue under the same terms and conditions of current release. |
| HEARING STATUS: | Hearing Concluded |
| EXHIBIT STATUS: | Exhibits retained by the Court to be forwarded to the Clerks Office. |